IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARBARA SCHMITZ aka
BARBARA GRAY,

        Plaintiff,

  vs.

ALLIED INTERSTATE, INC.,

        Defendant.

No. 09-cv-1921 JAM JFM

ORDER

      On January 20, 2010, the parties filed a joint stipulation to continue the settlement conference scheduled for January 21, 2010. Good cause appearing, the court hereby continues the settlement conference to February 25, 2010 at 1:30 p.m.

DATED: January 21, 2010.

                              /s/ John F. Moulds
                              UNITED STATES MAGISTRATE JUDGE

.014.schm1921.resch