UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BARBARA SCHMITZ aka BARBARA GRAY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ALLIED INTERSTATE, INC., a Minnesota corporation,<br><br>　　　　　Defendant. | CASE NO.  2:09-cv-01921-JAM-JFM<br><br>**ORDER RE: SUBSTITUTION OF ATTORNEY FOR DEFENDANT ALLIED INTERSTATE, INC.** |

Given that the party and the attorneys have consented, June D. Coleman, at Kronick Moskovitz Tiedemann & Girard, is substituted in as attorney of record for the Ellis Coleman Poirier LaVoie & Steinheimer law firm.

**IT IS SO ORDERED.**


Dated:  May 12, 2010　　　　　　　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　　　　　　　　　U. S. DISTRICT COURT JUDGE

939682.1　　　　　　　　　　　　　　- 1 -　　　　　　　　　　Case No. 09-CV-01921-JAM-JFM

CERTIFICATE OF SERVICE

PDF created with pdfFactory trial version www.pdffactory.com