1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO**

| | |
|---|---|
| BARBARA SCHMITZ aka BARBARA GRAY,<br><br>     Plaintiff,<br><br>v.<br><br>ALLIED INTERSTATE, INC.,<br><br>     Defendant. | Case No. 2:09-cv-01921-JAM-JFM<br><br>**ORDER REGARDING STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE AND TRIAL DATE** |

   Based upon the stipulation of the parties, IT IS HEREBY ORDERED that the Pre-Trial Conference in the above-referenced case is continued to Friday, February 11, 2011 at 10:00 a.m., the pre-trial statement shall be filed no later than February 4, 2011, and the Trial date is continued to Monday, April 11, 2011 at 9:00 a.m.

Dated:  1/21/2011

        /s/ John A. Mendez
        The Honorable John A. Mendez
        United States District Court Judge

1

316-2163

PDF created with pdfFactory trial version www.pdffactory.com