# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| BARBARA SCHMITZ aka BARBARA GRAY, | Case No. 2:09-cv-01921-JAM-JFM |
|---|---|
| Plaintiff, | **ORDER REGARDING STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE** |
| v. | |
| ALLIED INTERSTATE, INC., | |
| Defendant. | |

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that the Pre-Trial Conference in the above-referenced case is continued to Friday, March 4, 2011 at 10:00 a.m. and the pre-trial statement shall be filed no later than February 25, 2011.

Dated: 2/8/2011

/s/ John A. Mendez_____
The Honorable John A. Mendez
United States District Court Judge

316-2163

1

[PROPOSED] ORDER REGARDING STIPULATION TO CONTINUE PRE-TRIAL CONFERENCE
Case No. 2:09-cv-01921-JAM-JFM

PDF created with pdfFactory trial version www.pdffactory.com